

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00011-CR

Sylvia Ann **HALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 604034
Honorable Grace M. Uzomba, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: January 13, 2021

MOTION TO DISMISS GRANTED; DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both appellant and her attorney. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH